PETER RUSS (SBN 147829)
peter.russ@bipc.com
NATALIE PELED (SBN 325166)
natalie.peled@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 239-8700
Fax Number: (619) 702-3898

*Attorneys for Judgment Creditor*
*Movado Group, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVADO GROUP, INC., f/k/a North American Watch Corporation, d/b/a ESQ Swiss, and d/b/a Movado Watch Co.,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL TIME, INC., d/b/a Total Time, d/b/a top Time, and d/b/a Watchworks, TOP TIME, INC., d/b/a Total Time, d/b/a Watchworks, and d/b/a Tic Time, NORIK ARAKELIAN, a/k/a Nick Arakelian, and ISHKHAN TATOULIAN, a/k/a Eddie Tatoulian,<br><br>Defendants. | Case No.: 2:10-cv-01618-ABC-PLA<br><br>Honorable Audrey B. Collins<br><br>RENEWAL OF JUDGMENT BY CLERK<br><br>**No Hearing Requested** |

Plaintiff and Judgment Creditor, MOVADO GROUP, INC. formerly known as North American Watch Corporation doing business as ESQ Swiss, and doing business as Movado Watch Co. ("MOVADO")'s, Application for and Renewal of Judgment as against defendant TOTAL TIME, INC., d/b/a Total Time, d/b/a top Time, and d/b/a Watchworks, coming on properly before the Court, the judgment in Case No. 2:10-cv-01618-ABC-PLA, of the United States District court, Central District of

- 1 -

California, entered January 26, 2010, is hereby Ordered Renewed for the following amounts:

As to defendant TOTAL TIME, INC., d/b/a Total Time, d/b/a top Time, and d/b/a Watchworks ("TOTAL TIME"):

Civil Money Judgment entered effective January 26, 2010 .............. $445,340.68
Costs After Judgment................................................................................-0-
Interest After Judgment: (28 USC §1961)[1] ...…................................. (+) $32,814.45
Credits ….…………………………………………………….......... (-) $229,506.58
**TOTAL TIME Renewed Judgment Balanced Due**: .................... **$248,648.55**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that effective as of the date of the filing of Judgment Creditor MOVADO's Application for and Renewal of Judgment in Case No. 2:10-cv-01618-ABC-PLA, the civil money judgment entered on July 26, 2010 by the United States District Court, Central District of California, is hereby **RENEWED** as against TOTAL TIME for the amounts indicated above.

Dated: January 9, 2020

By: *Sharon Hall Brown*
United States District Court Deputy Clerk

Kiry K. Gray, Clerk of Court
United States District Court

---

[1] *See* Declaration of Natalie Peled dated January 7, 2020 ("Peled Dec."), attached hereto as Exhibit 1, for computation of interest accrued after judgment.