```
 1  PETER RUSS (SBN 147829)
    peter.russ@bipc.com
 2  NATALIE PELED (SBN 325166)
    natalie.peled@bipc.com
 3  BUCHANAN INGERSOLL & ROONEY LLP
    600 W. Broadway, Suite 1100
 4  San Diego, CA  92101
    Telephone:  (619) 239-8700
 5  Fax Number:  (619) 702-3898

 6
    Attorneys for Judgment Creditor
 7  Movado Group, Inc.

 8
 9                  UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
11
12  MOVADO GROUP, INC., f/k/a         Case No.: 2:10-cv-01618-ABC-PLA
    North American Watch Corporation,
13  d/b/a ESQ Swiss, and d/b/a Movado Honorable Audrey B. Collins
    Watch Co.,
14
              Plaintiff,              ▇▇▇▇▇▇▇▇▇▇ Re Ishkahn Tatoulian
15  v.                                RENEWAL OF JUDGMENT BY CLERK
                                      No Hearing Requested
16  TOTAL TIME, INC., d/b/a Total
    Time, d/b/a top Time, and d/b/a
17  Watchworks, TOP TIME, INC., d/b/a
    Total Time, d/b/a Watchworks, and
18  d/b/a Tic Time, NORIK
    ARAKELIAN, a/k/a Nick Arakelian,
19  and ISHKHAN TATOULIAN, a/k/a
    Eddie Tatoulian,
20
              Defendants.
21
22  Plaintiff and Judgment Creditor, MOVADO GROUP, INC. formerly known as North
23  American Watch Corporation doing business as ESQ Swiss, and doing business as
24  Movado Watch Co. ("MOVADO")'s, Application for and Renewal of Judgment as
25  against defendant ISHKHAN TATOULIAN, also known as Eddie Tatoulian, coming
26  on properly before the Court, the judgment in Case No. 2:10-cv-01618-ABC-PLA,
27  of the United States District court, Central District of California, entered January 26,
28
```

2010, is hereby Ordered Renewed for the following amounts:

As to defendant ISHKHAN TATOULIAN, also known as Eddie Tatoulian ("TATOULIAN"):

| | |
|---|---:|
| Civil Money Judgment entered effective January 26, 2010 | $653,386.17 |
| Costs After Judgment | -0- |
| Interest After Judgment: (28 USC §1961)[1] | (+) $48,107.69 |
| Credits | (-) $482,892.75 |
| **TATOULIAN Renewed Judgment Balanced Due:** | **$218,601.11** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that effective as of the date of the filing of Judgment Creditor MOVADO's Application for and Renewal of Judgment in Case No. 2:10-cv-01618-ABC-PLA, the civil money judgment entered on July 26, 2010 by the United States District Court, Central District of California, is hereby **RENEWED** as against TATOULIAN for the amounts indicated above.

Dated: January 10, 2020

By: *Sharon Hall Brown*
United States District Court Deputy Clerk

———————————————
Kiry K. Gray, Clerk of Court
United States District Court

---

[1] *See* Declaration of Natalie Peled dated January 7, 2020 ("Peled Dec."), attached hereto as Exhibit 1, for computation of interest accrued after judgment.